UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
James Ware
Judge James Ware
1/21/2010

CHARLES B. GREENE (SB No. 56275)
84 W. Santa Clara St., # 770
San Jose, CA 95113
(408) 279-3518

Attorneys for Debtor and Appellant
Quail Bluff, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re: Quail Bluff, LLC<br><br>Debtor | Chapter 11<br><br>Case No. O9-56283 RLE (11)<br><br>Adv. Proc. No. 09-5275<br>District Court Action: C 09-05207 JW<br><br>STIPULATION TO VOLUNTARY DISMISSAL OF APPEAL |
| Quail Bluff, LLC<br><br>Plaintiff<br>vs.<br><br>Steven Miller, an individual, Steven Miller, as Trustee of the Steven Michael Miller 1997 Revocable Truest<br><br>Defendants | |

Pursuant to Rule 8001(c) of the Federal Rules of Bankruptcy Procedure, Plaintiff and Appellant Quail Bluff, LLC and Defendants and Appellees Steven Miller, an individual, and Steven Miller as Trustee of the Steven Michael Miller 1997 Revocable Trust, by and through their undersigned counsel of record, hereby stipulate to the voluntary dismissal of the appeal to the District Court. The appeal has been assigned District Court case number

Case: 09-05275 Doc# 20 Filed: 11/20/09 Entered: 11/20/09 12:58:42 Page 1 of 2

5:09-cv-05207-JW but has not been docketed pursuant to Federal Bankruptcy Rule 8007 and Local Rule 8007-1(b).

IT IS SO AGREED.

CHARLES B. GREENE, ESQ.

/s/ Charles B. Greene
Charles B. Greene
84 W. Santa Clara Street, # 770
San Jose, CA 95113
Tel: (408) 279-3518

Attorney for Plaintiff and Appellant Quail Bluff, LLC

HENRY RENDLER, ESQ.

/s/ Henry Rendler
Henry Rendler
Attorney at Law
1550 The Alameda, Suite 308
San Jose, CA 95126
Tel: (408) 293-5112

Attorneys for Defendants and Appellees Steven Miller, an individual, and Steven Miller as Trustee of the Steven Michael Miller 1997 Revocable Trust

Case: 09-05275 Doc# 20 Filed: 11/20/09 Entered: 11/20/09 12:58:42 Page 2 of 2

In Re. Quail Bluff, LLC v. Steven Miller
Adv. Proc. No. 09-5275

## CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within entitled action; my business address is 84 W. Santa Clara #770, San Jose, CA 95113.

I served the within:

STIPULATION TO VOLUNTARY DISMISSAL OF APPEAL;

in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as follows:

U.S. Trustee
280 S. First St. #268
San Jose, CA 95113

Steven Michael Miller 1997 Revocable Trust
c/o Henry Rendler
1550 The Alameda, Ste. 308
San Jose, CA 95126

Quail Bluff, LLC
Attn: Frank Donaldson
24103 Congress Springs Rd.
Saratoga, CA 95070

Executed on November 20, 2009.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

/s/ Charles B. Greene
CHARLES B. GREENE

Entered on Docket
November 24, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the court. Signed November 24, 2009

Roger L. Efremsky
U.S. Bankruptcy Judge

CHARLES B. GREENE (SB No. 56275)
84 W. Santa Clara St., # 770
San Jose, CA 95113
(408) 279-3518

Attorneys for Debtor and Appellant
Quail Bluff, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re: Quail Bluff, LLC<br><br>Debtor | Chapter 11<br><br>Case No. O9-56283 RLE (11)<br><br>Adv. Proc. No. 09-5275 |
| Quail Bluff, LLC<br><br>Plaintiff<br>vs.<br><br>Steven Miller, an individual, Steven Miller, as Trustee of the Steven Michael Miller 1997 Revocable Truest<br><br>Defendants | |

## ORDER DISMISSING APPEAL

Pursuant to Rule 8001(c) of the Federal Rules of Bankruptcy Procedure, and upon consideration of the Stipulation to Voluntary Dismissal of Appeal entered into by Plaintiff and Appellant Quail Bluff, LLC and Defendants and Appellees Steven Miller, an individual, and Steven Miller as Trustee of the Steven Michael Miller 1997 Revocable Trust, and considering that the appeal having been assigned District Court case number 5:09-cv-05207-JW but having not yet been docketed pursuant to Federal Bankruptcy Rule 8007 and Local Rule 8007-1(b), and the Court having found good cause therefor,

**IT IS HEREBY ORDERED THAT** the appeal in this proceeding filed with the District Court, case number 5:09-cv-05207-JW, is hereby dismissed.

* END OF ORDER *

**Court Service List:**

Attorney for Plaintiff/Appellant:

Charles B. Greene, Esq.

84 W. Santa Clara St. # 770

San Jose, CA 95113

Attorney for Defendant/Appellee:

Henry Rendler, Esq.

1550 The Alameda # 308

San Jose, CA 95126